UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-2068-JJO

UNITED STATES OF AMERICA

v.

FRANCISCO CUBERO,

        Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? \_\_\_\_\_ Yes \_\_X\_\_ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? \_\_\_\_\_ Yes \_\_X\_\_ No

                              Respectfully submitted,

                              WIFREDO A. FERRER
                              UNITED STATES ATTORNEY

BY: _____
      Vanessa S. Johannes
      Assistant United States Attorney
      Court ID No. A5501644
      99 N.E. 4th Street
      Miami, Florida 33132-2111
      Tel: (305) 961-9023
      Fax: (305) 579-7976
      Vanessa.S.Johannes@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 12-2068-JJO |
| FRANCISCO CUBERO | ) | |
| | ) | |
| | ) | |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __12/16/11 to on or about 01/19/12__ in the county of _____Miami-Dade_____ in the __Southern__ District of _____Florida_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2252(a)(2)(B) | Defendant did knowingly receive, distribute, and possess any visual depiction that had been shipped and transported in interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which was produced using materials which have been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and the production of such visual depiction involved the use of a minor engaged in sexually explicit conduct, and such visual depiction was of such conduct, in violation of federal law. |
| Title 18, United States Code, Section 2252(a)(4)(B) | |

This criminal complaint is based on these facts:

SEE AFFIDAVIT OF SPECIAL AGENT TIMOTHY R. DEVINE.

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Timothy R. Devine, HSI
Printed name and title

Sworn to before me and signed in my presence.

Date: ____01/19/2012____

_____
Judge's signature

City and state: _____Miami, Florida_____

Honorable Magistrate Judge John J. O'Sullivan
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Special Agent Timothy R. Devine, having been first duly sworn, do hereby depose and state as follows:

## INTRODUCTION

1. I am a Special Agent (SA) with Homeland Security Investigations (HSI), Immigration and Customs Enforcement (ICE), SAC-Miami, and have been so employed since October 2010. Since January of 2011, I have been assigned to the South Florida Human Trafficking Task Force where I investigate, among other violations of federal law, cases involving the sexual exploitation of women and children. Prior to my employment with HSI, I was commissioned as a Special Agent with the United States Secret Service (USSS) from April of 1999 to October of 2010. From 2002 to December of 2008, I was assigned to the Miami Electronic Crimes Task (MECTF) where I specialized in the investigation of Internet child exploitation crimes involving trafficking and possession of child pornography, coercion and enticement of minors, and child prostitution. During that time I was a certified forensic examiner for the USSS.

2. Currently (and during my tenure with the USSS), I work extensively with the Special Victims Units (SVU) of the Miami Beach Police Department and the Miami Dade Police Department, concentrating on child molestation and Internet child exploitation.

3. From December 2008 to October of 2010, I was assigned to the George W. Bush Protective Division, Dallas, Texas, charged with protecting former President George W. Bush and former first lady Laura Bush.

4. I have completed the Criminal Investigator Training Program at the Federal Law Enforcement Training Center (Glynco, Georgia), the USSS Special Agent Training Course (Beltsville, Maryland), the Electronic Crimes Special Agent Program, and the ICE-HSI Special Agent Training Program (Glynco, Georgia), regarding the proper investigative techniques relating to violations of federal laws, including the application and execution of search, arrest, and seizure warrants.

5. As a federal agent, I have participated in investigations of persons suspected of violating federal child pornography laws, including Title 18, United States Code, Sections 2251, 2252 and 2252A. These investigations have included the use of surveillance techniques, undercover activities, the interviewing of subjects and witnesses, and the planning and execution of arrest, search, and seizure warrants. In the course of these investigations, I have reviewed hundreds of still images and videos containing child pornography and images depicting minor children engaged in sexually explicit conduct on all forms of electronic media including computers, digital cameras, and wireless telephones, and have discussed and reviewed these materials with other law enforcement officers.

6. I have also participated in training programs for the investigation and enforcement of federal child pornography laws relating to the use of computers for receiving, transmitting, and storing child pornography. As a federal agent I am authorized, under Title 18, United States, Code, Section 3056, to conduct investigations of and execute warrants for offenses involving the exploitation of children, including those offenses enumerated in Title 18, United States Code, Sections 2422, 2423, 2251, and 2252, et seq.

7. I am submitting this affidavit for the limited purpose of establishing probable cause for a criminal complaint charging **FRANCISCO CUBERO** with violating Title 18, United States Code, Sections 2252(a)(2)(B) and 2252(a)(4)(B). Accordingly, this affidavit does not contain every fact that I know about this investigation. Rather, it includes those facts necessary to establish probable cause in support of a criminal complaint. I base the facts in this affidavit upon my personal knowledge, as well as knowledge, information, and documentation that I obtained from other law enforcement officers.

## **PROBABLE CAUSE**

8. On December 16, 2011, law enforcement, using investigative software, identified a user on a peer to peer file-sharing network who had been recently making associated with suspected images of child pornography available for distribution on the network. Law enforcement was able to identify the IP Address associated with that user as 75.74.155.54 (hereinafter the "Target IP Address").

9. On December 17, 2011, law enforcement officers, utilizing P2P software on an undercover computer, successfully established an Internet connection with a computer assigned to the Target IP Address. Once establishing that connection, law enforcement downloaded eighteen (18) images files that had been made available for sharing from that computer.

10. Thereafter, law enforcement reviewed the contents and titles of the eighteen (18) image files downloaded on December 17, 2011, from the user utilizing the Target IP Address. The file titles for the eighteen (18) image files suggested that the files contained child pornography and some of the titles included phrases like "childlover,"

"pthc" (preteen hardcore), "pedo," and "childporn." Law enforcement reviewed the contents of the eighteen (18) image files and observed suspected child pornography in seventeen (17) of the image files as detailed below:

    a. File titled **pictures from ranchi torpedo dloaded in 2009- pedo kdv kidzilla pthc toddlers 0yo 1yo 2yo 3yo 4yo 5yo 6yo 9yo tara babyj (58).jpg,** which contains an image depicting a naked preteen female laying on a bed with her legs spread exposing her genitals.

    b. File titled **Aaaa Preteen Boys Clubomega Kids Boy Little Illegal Pedo Young Gay Teen Innocent Child 31.jpg,** which contains an image file depicting three (3) naked preteen / teenage boys laying on their stomachs in a pile of dirt and exposing their buttocks.

    c. File titled **pictures from ranchi torpedo dloaded in 2009- pedo kdv kidzilla pthc toddlers 0yo 1yo 2yo 3yo 4yo 5yo 6yo 9yo tara babyj (48).jpg,** which contains an image file depicting a preteen female performing oral sex on an adult male.

    d. File titled **la2-023-063 - 12yr old underage child daughter childsex childlover ptsc pthc lsm lsn pedo cum ass pussy hussyfan mafiasex r@ygold sandra lolita preteen model bd ls land.jpg,** which contains an image file depicting a naked minor female sitting with her legs crossed exposing her genitals.

    e. File titled **aaaa boylove gay pedo preteen boy sex child porn 218 (2).jpg,** which contains an image file depicting a preteen male engaging in anal sex with an adult male.

f.  File titled **(pthc pedo preteen) HQ XXX Porn Pics - 107.jpg,** which contains an image file depicting a naked minor female in a river with her legs open and her genitals exposed.

g.  File titled **PTHC Pedo NEW Childporn Private Daughter Torpedo Ranchi Lolita - Veronica_1173907670997.jpg,** which contains an image file depicting two naked preteen females sitting on a couch. Both preteen females have their legs spread and are exposing their genitals.

h.  File titled **PTHC Pedo NEW Childporn Private Daughter Torpedo Ranchi Lolita - Veronica_0006.jpg,** which contains an image file depicting two naked preteen females sitting on a couch. One of the females has her legs spread and is exposing her genitals.

i.  File titled **pictures from ranchi torpedo dloaded in 2009- pedo kdv kidzilla pthc toddlers 0yo 1yo 2yo 3yo 4yo 5yo 6yo 9yo tara babyj (233).jpg,** which contains an image file depicting a naked preteen female laying on a bed with her legs spread and exposing her genitals.

j.  File titled **PTHC Pedo NEW Childporn Private Daughter Torpedo Ranchi Lolita - 1262416126082.jpg,** which contains an image file depicting a naked preteen / minor female lying on a bed and exposing her genitals.

k.  File titled **PTHC Pedo NEW Childporn Private Daughter Torpedo Ranchi Lolita - 128578484341.jpg,** which contains an image file depicting a naked preteen female who is sitting on the floor with her

legs spread exposing her genitals. An adult female is also lying on the floor and appears to be performing on oral sex on the preteen female.

l. File titled **aaaa boylove gay pedo preteen boy sex child porn 228.jpg,** which contains an image file depicting an naked preteen/minor male on a bed exposing his genitals and anus.

m. File titled **9yo Jenny nude with legs spread wide apart showing pussy - underage lolita r@ygold pthc ptsc ddogprn pedo young child sex preteen hussyfan kiddie kiddy porn(1).jpg,** which contains an image file depicting a naked preteen female who is tied to a bed exposing her genitals.

n. File titled **Imgsrc Ru Pthc Pedo Babyshivid Childlover Private Daughter Torpedo Ranchi Lolita - Family Moments (68).jpg,** which contains an image file depicting two naked preteen females, two naked adult females, and one naked preteen male. The two adult females are touching the naked preteen male's penis while the two naked preteen females watch.

o. File titled **pictures from ranchi torpedo dloaded in 2009- pedo kdv kidzilla pthc toddlers 0yo 1yo 2yo 3yo 4yo 5yo 6yo 9yo tara babyj (156).jpg,** which contains an image file depicting an adult female sitting in a chair and exposing her one of her breasts. A preteen female is standing next to the chair and has her mouth on the exposed breast of the adult female. The adult female also appears to have a toddler sitting in her lap.

p. File titled **pictures from ranchi torpedo dloaded in 2009- pedo kdv kidzilla pthc toddlers 0yo 1yo 2yo 3yo 4yo 5yo 6yo 9yo tara babyj (51).jpg,** which contains an image file depicting a naked preteen female standing in a bathtub.

q. File titled **PTHC Pedo NEW Childporn Private Daughter Torpedo Ranchi Lolita - Melinda_719.jpg,** which contains an image file depicting a naked adult male sitting with a naked toddler. The toddler is touching the adult male's erect penis while the adult male is touching / covering the toddler's genitals with his hand.

11. Law enforcement determined that the Target IP Address was assigned to Comcast Internet Services.

12. On January 9, 2012, your affiant received subpoenaed business records from Comcast Internet Services which showed that on December 17, 2011, the Target IP Address, 75.74.155.54, was assigned to **FRANCISCO CUBERO**, at 255 NW 45th Avenue, Miami, Florida 33126 (the "Target Residence").

13. On January 19, 2012, law enforcement executed an authorized federal search at the Target Residence, and seized multiple electronic media from the residence, including a HP Laptop computer and multiple CD-ROMs. A preliminary forensic examination of the HP Laptop computer revealed peer to peer software and files of suspected child pornography in the Saved folder of the Frostwire peer to peer program. The preliminary forensic examination also revealed thirteen (13) of the aforementioned seventeen (17) image files of suspected child pornography which had been downloaded by law enforcement on December 17, 2011, from the user of IP address 75.74.155.54.

These thirteen (13) image files were located in the Frostwire Saved folder, in addition to multiple files of suspected child pornography including:

    a. File titled **Raamat 1yo Pedo qqaazz 3Yo Se1 (Ptsc).jpg**, which contained an image of an infant holding an adult male penis;

    b. File titled **Qqaazz Pthc Pedo Dad Puts 5 Inches Into Toddler Boy Ass 02 (1).jpg**, which contains an adult male penis touching the anus of a naked male infant; and

    c. File titled **qqaazz pthc pedo dad puts 5 inches into toddler boy ass 08(1).jpg**, which contains an image of an adult male penis ejaculating on the genitals of a male infant.

14. Continuing on January 19, 2012, law enforcement interviewed **FRANCISCO CUBERO**. Prior to the interview, **FRANCISCO CUBERO** was advised of Miranda rights, which he stated he understood. He waived his Miranda rights both verbally and in writing. **FRANCISCO CUBERO** stated he has resided at the Target Residence for approximately four (4) years. **FRANCISCO CUBERO** stated he utilized the HP laptop computer and peer to peer software to download and view child pornography. **FRANCISCO CUBERO** stated he utilized the search term "PTHC" to search for files on the peer to peer network and knew the term "PTHC" is associated with child pornography. **FRANCISCO CUBERO** identified a CD-Rom seized from the Target Residence as containing files of child pornography.

## CONCLUSION

15. Based upon my training and experience, and as further supported by the facts in this affidavit, I respectfully submit that there is probable cause to believe that **FRANCISCO CUBERO** did knowingly receive, distribute, and possess any visual depiction that had been shipped and transported in interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which was produced using materials which have been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and the production of such visual depiction involved the use of a minor engaged in sexually explicit conduct, and such visual depiction was of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(2)(B) and (a)(4)(B).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Timothy R. Devine, Special Agent
Homeland Security Investigations

Sworn and subscribed before me this 19th day of January, 2012.

HONORABLE JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE