

Feb 2, 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-20071-CR-SEITZ/SIMONTON
_____

18 U.S.C. § 2252(a)(2) & (b)(1)
18 U.S.C. § 2252(a)(4)(B) & (b)(2)
18 U.S.C. § 2253
21 U.S.C. § 853

UNITED STATES OF AMERICA

v.

FRANCISCO CUBERO,

      Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### 18 U.S.C. § 2252(a)(2) & (b)(1)
### (Distribution of Child Pornography)

On or about December 17, 2011, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**FRANCISCO CUBERO,**

did knowingly distribute any visual depiction, using any means and facility of interstate and foreign commerce, and that has been shipped and transported in interstate and foreign commerce by any means, including by computer, and the production of such visual depiction involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT 2
## 18 U.S.C. § 2252(a)(4)(B) & (b)(2)
### (Possession of Child Pornography – HP Laptop)

On or about January 19, 2012, in Miami-Dade County, in the Southern District of Florida, the defendant,

**FRANCISCO CUBERO,**

did knowingly possess matter, that is, a Hewlett Packard laptop computer, which contained any visual depiction that has been shipped and transported in interstate and foreign commerce using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, by any means, including by computer, and the production of such visual depiction having involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

## COUNT 3
## 18 U.S.C. § 2252(a)(4)(B) & (b)(2)
### (Possession of Child Pornography – CD)

On or about January 19, 2012, in Miami-Dade County, in the Southern District of Florida, the defendant,

**FRANCISCO CUBERO,**

did knowingly possess matter, that is, a Compact Disk (CD), which contained any visual depiction that has been shipped and transported in interstate and foreign commerce using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, by any means, including by computer, and the production of such visual depiction having involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18,

2

United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

## **CRIMINAL FORFEITURE**

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **FRANCISCO CUBERO**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 2252, as alleged in this Indictment, the defendant shall forfeit all of his right, title and interest to the United States in the following property pursuant to Title 18, United States Code, Section 2253:

    (a) any visual depiction of a minor engaged in sexually explicit conduct, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110, Title 18, United States Code;

    (b) any property, real or personal, constituting or traceable to gross profits or other proceeds which the defendant obtained from such violation; and

    (c) any property, real or personal, used or intended to be used to commit or to promote the commission of such violation and any property traceable to such property.

3. The property which is subject to forfeiture includes, but is not limited to, the following:

    (a) one (1) Hewlett Packard laptop computer; and

    (b) one (1) Compact Disk (CD).

3

All pursuant to Title 18, United States Code, Section 2253, and the procedures set forth at Title 21, United States Code, Section 853, as made applicable by Title 18, United States Code, Section 2253(b).

A TRUE BILL

_____
FOREPERSON

*[signature]*
_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

*[signature]*
_____
VANESSA S. JOHANNES
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

FRANCISCO CUBERO,

**Defendant.**
_____/

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)

- X  Miami    ___ Key West
- ___ FTL    ___ WPB    ___ FTP

New Defendant(s)          Yes ___   ___
Number of New Defendants  ___
Total number of counts    ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  (Yes or No)   No
   List language and/or dialect   _____

4. This case will take   4-5   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                        (Check only one)
   I    0 to 5 days        X              Petty       ___
   II   6 to 10 days       ___            Minor       ___
   III  11 to 20 days      ___            Misdem.     ___
   IV   21 to 60 days      ___            Felony      X
   V    61 days and over   ___

6. Has this case been previously filed in this District Court? (Yes or No)   No
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   Yes
   If yes:
   Magistrate Case No.   12-mj-02068-JJO
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ___ Yes   X  No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ___ Yes   X  No

_____
Vanessa S. Johannes
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5501644

*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** FRANCISCO CUBERO

**Case No:** _____

Count: 1

Distribution of a Visual Depiction of Minor Engaged in Sexually Explicit Conduct

Title 18, United States Code, Section 2252(a)(2) and (b)(1)

**\* Max. Penalty**: 20 Years' Imprisonment

Count: 2

Possession of a Visual Depiction of Minor Engaged in Sexually Explicit Conduct

Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2)

**\* Max. Penalty**: 10 Years' Imprisonment

Count: 3

Possession of a Visual Depiction of Minor Engaged in Sexually Explicit Conduct

Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2)

**\*Max. Penalty:** 10 Years' Imprisonment

Count:

_____

_____

**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**