UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

VS.

CASE NO. 12-2068-JJO

12-20071-cr-Seitz/Simonton

FRANCISCO CUBERO,

    Defendant.
_____/

## AGREED ORDER GRANTING UNOPPOSED MOTION FOR MODIFICATION AND/OR CLARIFICATION OF CONDITIONS OF BOND

**THIS CAUSE** came before the Court on Defendant FRANCISCO CUBERO's Unopposed Motion for Modification and/or Clarification of Conditions of Bond. After considering said Motion and being duly advised, it is hereby

**ORDERED AND ADJUDGED** that the Unopposed Motion for Modification and/or Clarification of Conditions of Bond is GRANTED.

**FURTHER ORDERED AND ADJUDGED** that the Defendant is allowed to work at Max Med Clinic, located at 2698 S.W. 87th Avenue, Miami, Florida 33165. All other conditions of bond remain in effect.

**DONE AND ORDERED** this 3rd day of February, 2012.

WILLIAM C. TURNOFF
UNITED STATES MAGISTRATE JUDGE

Copies to:  Manuel Gonzalez, Jr., Esq.
            Vanessa S. Johannes, AUSA
            Pretrial Services Office
            (Kurt Alexander)