UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-20071-CR-Seitz/Garber

UNITED STATES OF AMERICA,

v.

FRANCISCO CUBERO,

     Defendant.

_____/

## REPORT AND RECOMMENDATION ON CHANGE OF PLEA

THIS CAUSE was before the Court by Order of Reference from United States District Judge Patricia A. Seitz and the consent of the parties for the acceptance by a United States Magistrate Judge of guilty pleas by the defendant in this cause. Pursuant to such reference, the Court has conducted a change of plea hearing on May 10, 2012 which was attended by the defendant Cubero, his attorney, Manuel Gonzalez, Esquire, and Assistant United States Attorney Vanessa S. Johannes. The Court hereby advises as follows:

     1. At the commencement of the change of plea proceedings, the Court advised the defendant that he had a right to have these proceedings conducted by the United States District Judge assigned to this case. The defendant was advised that a Magistrate Judge was conducting these proceedings by Order of Reference from the District Judge, based upon the consent of the defendant, his attorney, and the Assistant United States Attorney to whom this cause is assigned, as evidenced by the filing of a Waiver executed by the defendant, his counsel, and government counsel. The Court advised the defendant that the sentence would be imposed by the District Judge, who would make all findings

and rulings regarding such sentence and would conduct a sentencing hearing at a time scheduled by the District Judge.

2.   The defendant was advised that he did not have to permit the undersigned United States Magistrate Judge to conduct the change of plea hearing and could request that it be conducted only by a United States District Judge.  All parties and counsel agreed and consented to these proceedings being conducted by the undersigned.

3.   The Court then conducted a plea colloquy with the defendant consistent with the outline set forth in the Bench Book for U. S. District Court Judges and in conformity with the requirements of Rule 11 of the Federal Rules of Criminal Procedure.

4.   The Court advised the defendant of the sentence possibilities as to the charges set forth in Counts 1, 2, and 3 of  the Indictment to which he was tendering guilty pleas, as well as the possible fines and terms of supervised release. The Court also advised the defendant of the mandatory special assessment of $100.00 per count which must be paid at the time of sentencing. The defendant was advised that the charges in Count 1 carried a statutory mandatory term of imprisonment of five (5) years and up to twenty (20) years, a fine of up to $250,000.00, and a term of supervised release of up to five (5) years; Count 2 carries a statutory maximum term of ten (10) years imprisonment, supervised release of up to three (3) years, and a fine of up to $250,000.00; and Count 3 carries a maximum term of imprisonment of ten (10) years, supervised release of three (3) years, and a fine of up to $250,000.00.  The Indictment sets forth a forfeiture requirement and by his plea of guilty, the defendant waives his right to contest such forfeiture.

5.  The defendant acknowledged that he was satisfied with the services of his attorney and that he had full opportunity to discuss all facets of his case with his attorney, which he acknowledged that he understood.

6.  The defendant pled guilty to the charges set forth in Counts 1, 2,  and 3 of the Indictment, Count 1 charging that the defendant, on the date alleged in the Indictment and in the Southern District of Florida, did knowingly distribute visual depictions by use of interstate and foreign commerce including by computer, and production of such visual depictions involving the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Sections 2252 (a)(2) and (B)(1).   Counts 2 and 3 charge the defendant with Possession of Child Pornography on a laptop (Count 2) and on a compact disk (Count 3), both counts in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

7.  The government filed a factual basis, made part of the record and executed by the government, the defendant and his counsel, for the guilty pleas, which consisted of all of the essential elements of the offenses to which the defendant is pleading guilty.

8.  The defendant was referred to the United States Probation Office for the preparation of a Pre-sentence Report. The defendant was permitted to remain at  liberty on the bond and all conditions previously imposed.

Accordingly, and based upon the foregoing and the plea colloquy conducted in this cause, the undersigned hereby

RECOMMENDS that the defendant be found to have freely and voluntarily entered his guilty pleas to Counts 1, 2,  and 3 of the Indictment, that his guilty pleas be accepted, that he be adjudicated

3

guilty of such offenses, and that a sentencing hearing be scheduled for a final disposition of this cause.

The parties have fourteen (14) days from the date of this Report and Recommendation within which to file written objections, if any, with United States District Judge Patricia A. Seitz.  See 28 U.S.C. §636.  Failure to file timely objections may bar the parties from attacking on appeal the factual findings contained herein.  LoConte v. Dugger, 847 F.2d 745, 750 (11th Cir.), cert. denied, 488 U.S. 958 (1988).

RESPECTFULLY SUBMITTED at the United States Courthouse, Miami, Florida this 10th day of May, 2012.

BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE