UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-20071-CR-SEITZ/GARBER

UNITED STATES OF AMERICA

v.

FRANCISCO CUBERO,

    Defendant.
_____/

**FACTUAL PROFFER**

The United States would have proven the following facts beyond a reasonable doubt if this case proceeded to trial:

1. On December 16, 2011, law enforcement, using investigative software, identified a user on a peer to peer file-sharing network who had been recently making associated with suspected images of child pornography available for distribution on the network. Law enforcement was able to identify the IP Address associated with that user as 75.74.155.54 (hereinafter the "IP Address").

2. On December 17, 2011, law enforcement officers, utilizing P2P software on an undercover computer, successfully established an Internet connection with a computer assigned to the IP Address. Once establishing that connection, law enforcement downloaded eighteen (18) images files that had been made available for sharing from that computer.

3. Thereafter, law enforcement reviewed the contents and titles of the eighteen (18) image files downloaded on December 17, 2011, from the user utilizing the IP Address. The file titles for the eighteen (18) image files suggested that the files contained child pornography and

some of the titles included phrases like "childlover," "pthc" (preteen hardcore), "pedo," and "childporn." Law enforcement reviewed the contents of the eighteen (18) image files and observed suspected child pornography in seventeen (17) of the image files.

4.  Law enforcement determined that the IP Address was assigned to Comcast Internet Services. Subpoenaed business records from Comcast Internet Services showed that on December 17, 2011, the Target IP Address, 75.74.155.54, was assigned to **FRANCISCO CUBERO**, at 255 NW 45th Avenue, Miami, Florida 33126 (the "Residence").

5.  On January 19, 2012, law enforcement executed an authorized federal search at the Residence, and seized multiple electronic media from the residence, including a HP Laptop computer and multiple CD-ROMs. A preliminary forensic examination of the HP Laptop computer revealed peer to peer software and files of suspected child pornography in the Saved folder of the Frostwire peer to peer program. The preliminary forensic examination also revealed thirteen (13) of the aforementioned seventeen (17) image files of suspected child pornography which had been downloaded by law enforcement on December 17, 2011, from the user of IP address 75.74.155.54. The thirteen (13) images depicted, among other lewd acts involving children, preteen and prepubescent minor children being orally, anally, and/or vaginally penetrated by adults. These thirteen (13) image files were located in the Frostwire Saved folder, in addition to multiple files of suspected child pornography, including:

> a.  File titled **Raamat 1yo Pedo qqaazz 3Yo Se1 (Ptsc).jpg**, which contained an image of an infant (under two (2) years of age) holding an adult male penis;
>
> b.  File titled **Qqaazz Pthc Pedo Dad Puts 5 Inches Into Toddler Boy Ass 02 (1).jpg**, which contains an adult male penis touching the anus of a naked male infant (under two (2) years of age); and
>
> c.  File titled **qqaazz pthc pedo dad puts 5 inches into toddler boy ass 08(1).jpg**, which contains an image of an adult male penis ejaculating on the genitals of a male infant (under two (2) years of age).

6. Continuing on January 19, 2012, law enforcement interviewed **FRANCISCO CUBERO**. Prior to the interview, **FRANCISCO CUBERO** was advised of Miranda rights, which he stated he understood. He waived his Miranda rights both verbally and in writing. **FRANCISCO CUBERO** stated he has resided at Target Residence for approximately four (4) years. **FRANCISCO CUBERO** stated he utilized the HP laptop computer and peer to peer software to download and view child pornography. **FRANCISCO CUBERO** stated he utilized the search term "PTHC" to search for files on the peer to peer network and knew the term "PTHC" is associated with child pornography. **FRANCISCO CUBERO** also identified a CD-Rom seized from the Residence as containing files of child pornography.

WIFREDO A. FERRER
UNITED STATES ATTORNEY

Date: 05/10/2012

By: _____
VANESSA S. JOHANNES
ASSISTANT UNITED STATES ATTORNEY

Date: 5/10/12

By: _____
MANUEL GONZALEZ, ESQ.
ATTORNEY FOR DEFENDANT

Date: 5/10/12

By: _____
FRANCISCO CUBERO
DEFENDANT