**Contribution**:

From 2002-2003, my daughter was abused repeatedly to produce images for the purpose of being traded/shared over the internet. Without a market to receive and trade those images, without the encouragement of those who wanted to acquire the images, I truly believe this abuse would not have occurred.

All those who trade these images and thereby create the demand for lurid and violent depictions of children are participants in the exploitation of my daughter. Each traded picture that placed a value on inventiveness, novelty, or cruelty played a role in egging on the abuser to even more vile acts.

The pictures of my daughter were "made for trade" - her abuser adapted to serve his market- whatever his audience was looking to acquire, that's what happened to her. Torture, degradation, pain & suffering – whatever was being traded for and downloaded directly influenced what happened to her – and what is still happening to other children like her.

My daughter was exploited, not only by an individual, but also by an industry that consumes and destroys innocent children.

Producer, distributor, and consumer- everyone who participates in this evil exchange helps creates a market, casting a vote for the next abuse. Regardless or whether they directly abused children themselves, reveled in the images of suffering, or persuaded others to abuse children on their behalf (to provide images of the abuse) each participant has a responsibility for the effects.

**Effects:**

What are the effects? I've watched my daughter transformed from a buoyant, cheerful child full of energy and enthusiasm, to an anxious and fretful shadow of her former self. And I've then watched the painful struggle as she's worked to overcome the damage done, and build a new life for herself.

She still can't talk about what happened to her- just a whisper now and then with her eyes wide with horror.

During the time these pictures were being made, she had steadily been falling behind in school. And not due to any lack of ability - she tested well above average in intelligence. She seemed to be unable to focus. And no wonder. As her classmates learned to read and spell, school their biggest challenge, she had been living a silent hell, unable to communicate the source of her distress.

Even now, she has so much trouble even talking about what happened, I can't even hope to do justice in words to her suffering. Only a child who has suffered meaningless sadistic torture, for another's idle amusement, could even begin to know.

Once she was no longer being used to produce those horrible pictures, she began to recover and was able to concentrate on school like other children her age. With many months of tutoring, and constant hard work on my daughter's part, she began finally reading with confidence. Regaining lost ground in math was harder, but she was finally able to do it. She's a tough kid. She's had to be.

Throughout this nightmare, I'd longed to put my arms around my child and comfort her. But her experience left her distrustful of any touch - a hug, a kiss, an arm around the shoulder - all met with disdain and shouts of "no smooshies." For months, the only creature she would hug was the stuffed toy she carried to bed with her.

The little girl who once played at dress up and called for me to come see how beautiful she was, now hates being called pretty. She's learned that being "pretty" attracts the type of attention she dreads. After extensive therapy, she's beginning to recover now: she no longer smears food on her face, or pulls tangled hair over her eyes to hide behind, as she used to. It's less often now that she rubs her hands raw, washing them over and over again, trying to feel "clean". She even comes to mom for hugs now and then.

But the fear is not entirely gone. The strategically placed broken toys on the floor ("to hurt the feet of the bad men if they try to sneak into our house") have been replaced with martial arts lessons, which she practices with a grim determination "to learn how to protect myself". And then there's the shadow that still comes over her face if a stranger gives her an unexpected complement. The pictures are still out there...

My daughter is a courageous and resilient child, and I know that she will continue to find the strength to cope with the losses and suffering she has endured. But I also know that this will always be with her, a cross she has to bear in her life. As she grows up, looks for companionship, marries, when she holds own children in their arms- the fear and doubt brought on by this living nightmare can never be entirely erased.

**Forever**

My daughter understands that some police and social workers have seen "the pictures". The account of how she was saved - how the policemen on the internet saw that a little girl was being hurt, and wouldn't stop looking for her until she was found and rescued- she likes hearing that. But now that she's growing older and realizing the extent of the internet, she's also beginning to grasp the darker side of the story - how many people saw those same pictures as something to enjoy rather than abhor.

We have no way of knowing how many pedophiles used the pictures of her being tortured and degraded as an opportunity for personal gratification. Someday, the full realization will surely strike her. I dread the day when her anxious question "have they seen the pictures?" becomes a daily trial for her with every new face, as I know it already is for me.

I struggle with anger at the unbounded nature of this continuing exploitation and the arrogant callousness of those who perpetuate it.

If I had my way, each and every image of my daughter's sufferings would be burned. Then she would no longer have to worry about those images being used to further hurt or humiliate her. But as it is, there are those who have no shred of decency, and continue to copy and pass on these pictures. Each person who callously passes on those sickening pictures is exposing my daughter to further shame and humiliation. As long as this continues, the pictures will always be out there.

My child dreams of accomplishing great things in her life. She sees herself one day becoming a famous movie star, or president, or both. Whenever I think about this, I am overcome with fury at those who keep these pictures alive, always waiting to be exploited in the future by the unscrupulous to cause further pain.

**A mother's fear**

Every parent knows that there are individuals out there they desperately want to keep their children away from - the sadistic predators, the merciless fiends that would prey on young lives. Each horrible, tragic tale that appears in the paper brings the silent prayer- "not my child!  Please, not my child!" My daughter has already suffered so much - it seems an outrage that anyone would put her at further risk.

But then there's the cold reality - who bothers to risk prison to acquire pictures of a child being tortured and abused? Exactly the type of fiend that a parent fears! Surely the people who pass on these pictures know they're exposing the children in them to the risk of being further victimized! But it must not matter to them.

The more widely distributed these pictures become- the larger the audience- the greater the chance that they will fall into the hands of someone who feels that just looking at the suffering is not enough. Who wants to follow up with a more personal relationship.  I do not want my daughter advertised to these fiends as a victim!  I don't want her to have to worry when she sees a flash of recognition in a stranger's eye that they may recognize her not as a person, but as an object for abuse!

**Not alone**

"What about the other kids?" my daughter asks me.  She knows she was not alone in being exploited -- her abuser used her image to trade for thousands of others. There's no answer I can give her on why her prayers for rescue were answered, when so many others have not been.

For more than a year, she suffered humiliation and torture while her pictures were being traded and her abuser practiced "improving" the product he was providing.  Any one of the folks who acquired her picture could have reacted in a decent, human matter and contacted the police to let them know a helpless child was being tortured.

But they didn't – not one of them.  She was only rescued when the police finally found her picture in an arrest.  Everyone who downloaded or traded for those pictures, enjoyed their entertainment, and never thought to help- just prolonged her suffering.

And those other kids?  The ones she still worries about?  Who's moms aren't writing statements now because they don't know what's being done- because their children are still being used to produce entertainment for those who never stop to think of them as real human beings?  Their suffering continues...

Worse yet are those who have been disposed of entirely (as my children and I would have been had the police not found my daughter's abuser first.  I  learned first hand the extremes to which  those who exploit children will go when her abuser confessed to having hired men to kill us to get rid of us).  Thank God my daughter was rescued! But the silent images of the unrescued children should shout just as loudly the real horror of this crime.

**Responsibility**

I can find no words to express the fury I feel at those who participate in this evil, or my scorn for any attempt to minimize the responsibility by feeble claims that the crime was "victim-less". My daughter is a real person. She was horribly victimized to provide this source of "entertainment" She is exploited anew each and every time an image of her suffering is copied, traded or sold. While the crime is clearly conscienceless, it is hardly "victim-less".

I asked my daughter what she most wanted to ask of the judge.  Her request:  "Please, don't let them pretend no-one's getting hurt!"

She had some words for the defendant as well: "don't you know no one should do that to a little girl!  Don't you know it hurts!"

As the mother of a child victimized by this crime, I would ask that the court take into consideration the damage done by this heartless crime to my daughter and others like her (including those children who still wait for someone to rescue them from their exploitation, and have no-one here today to speak for them ) and impose a sentence that takes into account the full impact of the crime on the victims.