UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-20071-CR-SEITZ

UNITED STATES OF AMERICA

v.

FRANCISCO CUBERO,

       Defendant.
_____/

**UNITED STATES'S SUPPLEMENT TO ITS OPPOSITION
TO THE DEFENDANT'S REQUEST FOR A VARIANCE (D.E. 41)**

Pursuant to Title 18, United States Code, Section 3553(a), the United States of America, by and through the undersigned Assistant United States Attorney ("AUSA"), hereby files this Supplement to its Sentencing Memorandum, in opposition to Defendant's Objections to the PSI and Request for a Downward Variance from the sentencing guideline range (see Docket Entry ("D.E.") 41), and states the following:

1. The undersigned AUSA received a victim impact statement, psychological evaluation, and the curriculum vitae for the psychologist who conducted the evaluation for one of the identified victims in the above-referenced case. That victim, "L.S.," has requested that these materials be provided to the Court for its consideration during the sentencing and restitution hearings.

2. Attached, please find true and correct copies (in redacted form) of the documents received from victim "L.S." (See Attachments A (Victim Impact Statement), B (Psychological Evaluation), and C (C.V. of Psychologist)). The documents further

support the United States's opposition to the Defendant's request for a downward variance from the sentencing guidelines.

3. Should our Office receive additional materials from this victim or others identified, said materials will be provided to the Court.

        Respectfully submitted,

        WIFREDO A. FERRER
        UNITED STATES ATTORNEY

By:   *s/ Vanessa S. Johannes*
        Vanessa Singh Johannes
        Assistant United States Attorney
        Court Identification No.: A5501644
        99 Northeast 4th Street
        Suite 616
        Miami, Florida 33132-2111
        Tel: (305) 961-9023
        Fax: (305) 530-4676

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 30, 2012, I filed the foregoing with the Clerk of the Court using CM/ECF. A copy of the foregoing was delivered to counsel for the defendant, Manuel Gonzalez, via email.

        *s/ Vanessa S. Johannes*
        Vanessa Singh Johannes
        Assistant United States Attorney