UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,	:

    Plaintiff,

VS.	:	CASE NO. 12-20071-CR-SEITZ

FRANCISCO CUBERO,	:

    Defendant.
_____/

**MOTION FOR COURT RECOMMENDATION
TO BUREAU OF PRISONS AS TO PLACEMENT**

    COMES NOW, the Defendant, FRANCISCO CUBERO, by and through his undersigned counsel, and files this Motion for Court Recommendation to Bureau of Prisons as to Placement and in support states the following:

    1. The Defendant was sentenced on Wednesday, December 21, 2012 and the Sentencing Minutes (DE 59) do not reflect a placement recommendation by the Court. Defendant had previously requested, in the Objections to Presentence Investigation Report (DE 36), that the Court recommend, to the Bureau of Prisons, placement in a facility in South Florida. This, of course, is only a recommendation, if available, and according to Defendant's classification.

    2. Counsel's recollection is that this was requested at last Wednesday's sentencing. However, if counsel failed to request it then this motion is solely for the purpose of asking the Court to make said recommendation and include it in the Judgment In a Criminal Case.

.

WHEREFORE, the Defendant, FRANCISCO CUBERO, requests that this Court, in the Judgment, recommend to the Bureau of Prisons a facility as close to South Florida as possible.

          Respectfully submitted,

          MANUEL GONZALEZ, JR., ESQ.
          Attorney for Defendant
          2000 Ponce De Leon Blvd.
          Suite 614
          Coral Gables, Florida 33134
          (305) 444-1400
          (305) 938-5009 (FAX)

          BY:  /s/Manuel Gonzalez, Jr.
              MANUEL GONZALEZ, JR., ESQ.
              mannylaw7@yahoo.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF, this 26th day of November, 2012.

          BY:  /s/Manuel Gonzalez, Jr.
              MANUEL GONZALEZ, JR., ESQ.
              FLORIDA BAR NO. 397997