UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-20071-CR-SEITZ

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

FRANCISCO CUBERO,

        Defendant.
_____/

### ORDER DENYING MOTION FOR COURT RECOMMENDATION TO BUREAU OF PRISONS AS TO PLACEMENT

THIS CAUSE came before the Court upon defendant's motion for court recommendation to Bureau of Prisons as to placement **[D.E. #61]** and the Court being fully advised in the premises, it is

ORDERED and ADJUDGED that said motion is **DENIED,** as the designation of a prison facility is an Executive Branch function.

DONE and ORDERED in Miami-Dade County Florida, this ___ day of December, 2012.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record