UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 15-24492-CIV-MORENO
12-20071-CR-SEITZ

FRANCISCO CUBERO,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## FINAL JUDGMENT

Pursuant to Federal Rules of Civil Procedure 58 and 54, and in accordance with the Court's denial of Movant's Motion to Vacate pursuant to 28 U.S.C. 2255, final judgment is entered in favor of Respondent.

**ADJUDGED** that all pending motions in this case are DENIED AS MOOT in light of this Court's Order Denying Motion to Vacate Judgment.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ of July 2017.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record